Anthony J. Marcavage
John B. Flood
(pending *pro hac vice* admission)
**FLOOD LAW LLC**
2600 Tower Oaks Blvd, Suite 290
Rockville, MD 20852
Ph: (240) 403-2619
Email:
anthony@fmlaw.org
john@fmlaw.org
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW C. DOUGLASS,<br><br>**Plaintiff,**<br><br>v.<br><br>**MAXIMILLIAN VAN DER MARK-GEARY**<br>**101 State Route 93**<br>**Orangeville, PA 17859**<br><br><br><br>**Defendant.** | **CIVIL ACTION – LAW**<br><br>**JURY TRIAL DEMANDED**<br><br>No. 4:26-CV-381 |

## COMPLAINT

Plaintiff Andrew C. Douglass (hereinafter, "Plaintiff" or referenced by name), through undersigned counsel, brings this Complaint against Defendant Maximillian Van Der Mark-Geary (referenced herein as "Defendant" or referenced by name), and states as follows:

## NATURE OF THE CASE

Plaintiff brings this claim to try and repair his reputation which has been severely damaged by the Defendant.

On February 16, 2025, Defendant made false accusations against Plaintiff in an online, Facebook group discussion which is one of several such groups that Defendant moderates, consisting of a large number of people who attended and are otherwise interested in "con" events that are held at various locations throughout the United States. These events include but are not limited to Colossalcon East, which Defendant has attended several times in recent years.

Defendant's accusations against Plaintiff were not minor or merely off-color or even offensive. Rather, Defendant falsely accused Plaintiff of the criminal offenses of "assault" concerning a female; asserted that he had committed "offenses"; and asserted that he is one of other "predators" who "move between groups."

Defendant moderates several Cons 21+ discussion groups on Facebook. These discussion groups include many people who attend and otherwise follow "con" type of events throughout the country. These events are centered around the shared love of anime of those who attend, and other related interests and activities. "Colossalcon" events are held at several different locations events each year, and they draw thousands of people who attend.

These accusations appear to flow from false and defamatory allegations that

were made online against Plaintiff from the Colossalcon East event that was held at the Kalahari Resorts & Conventions in Pocono Manor, Pennsylvania, from September 9 – 11, 2022. The day following that event, Plaintiff was falsely accused online by Edward Raymond Gollihue Yugulis (a/k/a Ei Gollihue Yugulis) of "rape of a young woman" (in a stairwell at the hotel); and of being "banned from 3 Big 5 partys for gross behavior" and picking his "victim" in the hotel lobby. Yugulis also attached a photo of Plaintiff, which had apparently been taken by another person who was with Yugulis in a stairwell at the hotel.

Since that time, Plaintiff has been the subject of numerous instances of defamation and harassment, both online and in person, when he has attended various "con" events after Colossalcon East.

Plaintiff does not know Defendant personally, and Defendant has no reasonable basis to have asserted that Plaintiff committed the offense of "assault" upon a female; that he had committed "offenses"; or that he is one of other "predators" who "move between groups." These accusations are false, and they are also defamatory because they falsely accused Plaintiff of having committed a criminal offense and other acts of moral turpitude.

Words and accusations matter, and they can readily cause lasting damage to the good name and reputation of a person, to include when they are made online. Given this, and for the reasons set forth below, Defendant's wrongful, defamatory

conduct must be addressed and Defendant must be held to account for such and the damage that he has caused.

## PARTIES, JURISDICTION AND VENUE

1. Plaintiff Andrew Douglass is an adult resident and citizen of the Commonwealth of Virginia, who resides in Arlington, Virginia.

2. Defendant is an adult resident and citizen of Pennsylvania, who resides in Orangeville, Pennsylvania.

3. This Court possesses subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1332, based upon diversity of citizenship between the parties.

4. This Court possesses personal jurisdiction over Defendant because he resides in Pennsylvania.

5. Venue is also proper in this Court pursuant to 28 U.S.C. § 1391(b)(2).

## FACTS

6. On February 16, 2025, Defendant made false accusations against Plaintiff in an online, Facebook group discussion which is one of several discussion groups that Defendant moderates, consisting of a large number of people who attended and are otherwise interested in "con" events that are held at various locations throughout the United States. These events include, but are not limited to, Colossalcon East, which Defendant has attended in recent years.

7. On February 16, 2025, in a Facebook discussion group that Defendant moderates, a participant asked: "Can we include what said person did nor no?"

8. In response, Defendant stated:

> "**he assaulted a girl in a stairwell at the Kalarahi Poconos**, resulting in his **ban from both Colossalcon East and the hotel itself**. He's been globally banned in 21+ and the junior league for years. His **offenses** haven't occurred at Katsucon to the best of our knowledge, so you're unlikely to see him barred at this con until he does something there. A reality of different organizations and **how predators move between groups**." (Emphasis added)

9. In response to comments made by others in the same discussion threat, Defendant identified Plaintiff by the name "Andrew Raine," which is a name that Plaintiff has used while attending various "con" events, and he is known using that name. Defendant stated:

> "So if Katuscon wants to take our word for it as a reliable source, then sure, feel free to quote me. **I affirm that the man in the picture known as Andrew Raine and other names** is to the best of my knowledge **banned by a major convention company (Nostaliagcons) from its events due to credible testimony of sexual misconduct**. I, in my role as Global Admin at Cons 21+, believe he remains a potential threat to the safety of con attendees and shouldn't be allowed inside the event or spaces proximate to it." (Emphasis added)[1]

10. Defendant's statements against Plaintiff were false:

- Plaintiff never assaulted a girl (or anyone else) in a stairwell at the Kalahari Poconos;

- Plaintiff has not been banned from Colossalcon East or the Kalahari Resorts & Conventions in Pocono Manor;

- Plaintiff has not committed any "offenses" and he does not have a criminal record, as he has never been arrested or convicted of any crime;

---

[1] The Nostalgiacon events are large events held in multiple states. In 2026, these events will be held in Utah, Texas, California, and Florida.

and

- Plaintiff is not a "predator."

11. Through these statements, Defendant falsely accused Plaintiff of having committed the criminal offense of assault of a female, which is a crime of moral turpitude. Defendant's other false statements about Plaintiff made within the same thread – that he had committed "offenses"; and that he was a "predator" among those who "move between groups" serve to magnify the severity of the false accusation that he had committed the crime of assault upon a female.

12. Defendant also personally identified Plaintiff in relation to these false and defamatory statements. While Plaintiff's legal name is Andrew Douglass, at the Colossalcon East event, he had told people that his name was Andrew Raine, and he is known by many by that name when he attends other similar events. Defendant also falsely asserted that Plaintiff had been "banned by a major convention company (Nostaliagcons) from its events due to credible testimony of sexual misconduct." While Defendant couched that statement by asserting it was "to the best of" his "knowledge," his assertion is not a protected statement of opinion, as immediately thereafter he cited purported "credible testimony of sexual misconduct" against Plaintiff. There is no such testimony or credible testimony of alleged sexual misconduct by Plaintiff, and he has not been banned by a major convention company (Nostaliagcons).

13. Defendant's false statements against Plaintiff are significant in terms of their reach and the damage they have caused and are continuing to cause to Plaintiff, as Defendant moderates several Cons 21+ discussion groups on Facebook, which include hundreds of people who attend and otherwise follow "con" type of events throughout the country.

14. Defendant's accusations appear to flow from a false and defamatory allegation that was made online against Plaintiff from the Colossalcon East event that was held at the Kalahari Resorts & Conventions in Pocono Manor, Pennsylvania, from September 9 – 11, 2022. The day following that event, Plaintiff was falsely accused online by Edward Raymond Gollihue Yugulis (a/k/a Ei Gollihue Yugulis) of "rape of a young woman" (in a stairwell at the hotel); and of being "banned from 3 Big 5 partys for gross behavior" and picking his "victim" in the hotel lobby. Yugulis also attached a photo of Plaintiff, which had apparently been taken by another person who was with Yugulis in a stairwell at the hotel. Yugulis' false and defamatory statements against Plaintiff are the subject of an ongoing lawsuit in this Court, in which Plaintiff has sued Yugulis for defamation.

15. Since September 12, 2022, Plaintiff has been the subject of numerous instances of defamation and harassment (to include a threat of physical violence), both online and in person, when he has attended various "con" events after Colossalcon East.

16. Plaintiff does not know Defendant personally. Defendant has never contacted Plaintiff to inquire about the truth of these issues, and Defendant has no reasonable basis to have asserted that Plaintiff committed the offense of "assault" upon a female; that he had committed "offenses"; or that he is one of other "predators" who "move between groups." Defendant also has no reasonable basis upon which to "affirm" that Plaintiff has been "banned by a major convention company (Nostaliagcons) from its events due to credible testimony of sexual misconduct." Each of Defendant's accusations against Plaintiff are false.

17. Plaintiff has never been arrested, charged, or convicted of any crime (aside from a minor speeding ticket), including the crimes of rape or assault.

18. Plaintiff also has never been banned from any event, to include events similar to Colossalcon East.

19. Because of Defendant's false and defamatory statements, Plaintiff has suffered damage to his reputation, and Plaintiff has also suffered significant anxiety and emotional distress.

## COUNT I
**Defamation**

20. Plaintiff incorporates by reference each of the allegations set forth in Paragraphs 1 – 19, *supra*.

21. As described above, Defendant made false and defamatory statements against Plaintiff in a Facebook discussion group on February 15, 2025, as follows:

8

> "**he assaulted a girl in a stairwell at the Kalarahi Poconos**, resulting in his **ban from both Colossalcon East and the hotel itself**. He's been globally banned in 21+ and the junior league for years. His **offenses** haven't occurred at Katsucon to the best of our knowledge, so you're unlikely to see him barred at this con until he does something there. A reality of different organizations and **how predators move between groups**." (Emphasis added)

22. Later, in the same discussion thread, Defendant made the following false and defamatory statements against Plaintiff:

> "So if Katuscon wants to take our word for it as a reliable source, then sure, feel free to quote me. **I affirm that the man in the picture known as Andrew Raine and other names** is to the best of my knowledge **banned by a major convention company (Nostaliagcons) from its events due to credible testimony of sexual misconduct**. I, in my role as Global Admin at Cons 21+, believe he remains a potential threat to the safety of con attendees and shouldn't be allowed inside the event or spaces proximate to it." (Emphasis added)

22. These statements by Defendant were of and concerning Plaintiff and they were defamatory, because they falsely accused Plaintiff of having committed the crime of assault upon a female; because the related comments, which are false, serve to magnify the severity and gravity of that false accusation; and because the comments, within their full context, tend to harm Plaintiff's reputation, and lower him in the estimation of the community or to deter third persons from associating or dealing with him..

23. As explained above, these statements are completely false, as Plaintiff did not assault a female (or anyone) else at the Colossalcon East event in 2022.

24. Plaintiff has never been arrested, charged, or convicted of any crime (aside

9

from a minor traffic violation), including but not limited to the crimes of rape or assault.

25. Plaintiff also has never been banned from any event, hotel, or convention.

26. Defendant made these false statements against Plaintiff while he knew that they were false, or alternatively, with reckless disregard for the truth thereof.  At a minimum, Defendant was grossly negligent or negligent in making them, as he did not have any factual basis upon which to reasonably believe they were true.

27. These statements by Defendant, through which he falsely accused Plaintiff of the criminal offense of assault, and the closely related factual assertions which are also false, are defamatory *per se* and damages are presumed.  Moreover, these statements are defamatory because they have resulted in substantial damages to Plaintiff, including to his reputation and standing within the community, as described herein.

28. Defendant made these statements and published them to third parties maliciously, with knowledge that they were false or with reckless disregard of their truth or falsity.

29. Alternatively, even if Defendant believed the statements were true, he lacked reasonable grounds for such belief and/or he acted in a grossly negligent or negligent manner in failing to ascertain the facts on which the statements were based.

30. As a result of Defendant's wrongful actions, Plaintiff's reputation has been damaged, and he has experienced significant emotional distress as a result thereof.

WHEREFORE, Plaintiff asks that judgment be entered in his favor and against Defendant on Count I and for the following relief:

A. Award Plaintiff compensatory damages in excess of $150,000, in an amount to be determined at trial;

B. Award Plaintiff punitive damages in excess of $150,000, in an amount to be determined at trial; and

C. Award Plaintiff his costs for bringing this action, pre- and post-judgment interest, and any other relief which this Court deems to be fair and just.

## **DEMAND FOR JURY TRIAL**

Plaintiff respectfully demands trial by jury on all issues so triable.

Respectfully Submitted,

FOR PLAINTIFF ANDREW C. DOUGLASS

/s/ *Anthony J. Marcavage*

Anthony J. Marcavage, PA Bar No. 327046
John B. Flood (pending *pro hac vice* admission)
**FLOOD LAW LLC**
2600 Tower Oaks Blvd, Suite 290
Rockville, MD 20852
Ph: (240) 403-2619
Email:
anthony@fmlaw.org
john@fmlaw.org
*Counsel for Plaintiff, Andrew C. Douglass*

DATED: February 15, 2026